THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 Kenneth Dale
 Motsinger, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Lura Williams, Appellant.
 
 
 
 
 

Appeal From Charleston County
 R. Markley Dennis, Jr., Circuit Court
Judge

Unpublished Opinion No. 2010-UP-300
Submitted May 3, 2010  Filed June 2, 2010    

AFFIRMED

 
 
 
 Thomas R. Goldstein, of Charleston, for
 Appellant.
 Steven L. Smith, of N. Charleston, for
 Respondent.
 
 
 

PER CURIAM:    Lura Williams appeals the trial court's grant of
 partial summary judgment on Kenneth Dale Motsinger's breach of contract claim.  We affirm[1] pursuant to Rule 220(b), SCACR, and the
 following authority:  Johnson v.
 Sonoco Prod. Co., 381 S.C. 172, 177, 672 S.E.2d 567, 570 (2009) ("An
 issue may not be raised for the first time in a motion to reconsider.").
AFFIRMED.
HUFF, SHORT, and WILLIAMS,
 JJ. concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.